UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PENN-AMERICA INSURANCE COMPANY;

            Plaintiff,

v.

MG COMMERCIAL CONCRETE LLC; NEW
GENERATIONS MASONRY LLC; O'NEILL
GROUP-DUTTON, LLC; ONEKEY, LLC;
ELIZABETH V. MEJIA as Administrator of the
Estate of Maximiliano Saban; and ELIZABETH
V. MEJIA, individually;

            Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 2315 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 1-31-20

As discussed at a status conference today at which counsel for plaintiff and defendants O'Neill Group-Dutton, LLC, Onekey, LLC, and Elizabeth V. Mejia, individually and as administrator of the Estate of Maximiliano Saban, appeared in person, it is HEREBY ORDERED:

1. The deadline to complete fact discovery is extended to May 6, 2020.

2. The next conference is scheduled for May 6, 2020, at 10:00 a.m.

Dated: January 31, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge