UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PENN-AMERICA INSURANCE COMPANY       :
          Plaintiff,                          :
                                     :
v.                                   :
                                     :         **ORDER**
                                     :
MG COMMERICAL CONCRETE LLC; NEW      :
GENERATIONS MASONRY LLC; O'NEILL     :         19 CV 2315 (VB)
GROUP-DUTTON, LLC; ONEKEY, LLC;      :
ELIZABETH V. MEJIA, Individually and as :
Administrator of the Estate of Maximiliano Saban, :
          Defendants.                       :
------------------------------------------------------------------x

      The Court is in receipt of the June 12, 2020, letter from counsel for Elizabeth Mejia, informing the Court that the parties have settled this lawsuit and a related case, 18 CV 6483. (Doc. #72).

      Accordingly, by July 13, 2020, the parties shall file either a stipulation of dismissal or further status update with respect to this case, 19 CV 2315.

      All scheduled conferences or other scheduled court appearances before Judge Briccetti are cancelled. Any pending motions are moot.

Dated: June 12, 2020
       White Plains, NY                   SO ORDERED:

                                                        _____
                                                        Vincent L. Briccetti
                                                        United States District Judge