UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PENN-AMERICA INSURANCE COMPANY
            Plaintiff,

v.

MG COMMERICAL CONCRETE LLC; NEW
GENERATIONS MASONRY LLC; O'NEILL
GROUP-DUTTON, LLC; ONEKEY, LLC;
ELIZABETH V. MEJIA, Individually and as
Administrator of the Estate of Maximiliano Saban,
            Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 2315 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/20

    On June 12, 2020, the Court ordered the parties to either file a stipulation of dismissal or further status update with the Court in this action, 19 Civ. 2315, by July 13, 2020. (Doc. #73).

    To date, the parties have not filed either a stipulation of dismissal or a status report.

    The Court reminds the parties that its Orders are not mere suggestions.

    The Court sua sponte extends the parties' time to comply with the June 12, 2020, Order to July 30, 2020.

Dated: July 23, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge